# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Case No.: 1−06−01255−CLB |
| Don E. Matheis | Chapter: 7 |
| Katherine M. Matheis | |
| | SSN: xxx−xx−1231 |
| Debtor(s) | SSN: xxx−xx−1687 |

**PLEASE TAKE NOTICE** that pursuant to §501 of Title 11 of the United States Code, a proof of claim has been filed on behalf of:

    Sherman Acquisition
    P.O. Box 740281
    Houston, TX 77274

by    ( )    the debtor or their attorney
      ( X )    the trustee or debtor−in−possession
      ( )    a co−debtor of the debtor

Said creditor is entitled to file a superceding claim on their own behalf. March 29, 2010 is fixed as the deadline for filing a superseding claim.

An official form prescribed for filing proof of claim is enclosed with this notice for your use.

Dated: February 25, 2010        Paul R. Warren
                                          Clerk, U.S. Bankruptcy Court

                                                        By: J. Leidolph
                                                            Deputy Clerk

Form claim501/Doc 49
www.nywb.uscourts.gov