*11091793*
*# 27,775.75*



```
F I L E D
MAY 13 2011
BANKRUPTCY COURT
BUFFALO, N.Y.
```

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
*(Use either Buffalo or Rochester address of Clerk's Office, based on where the case is venued)*

Re: (Case Name) DON R & KATHERINE MATHESIS /Case # 06-01255
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $ 27,775.75. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

✓ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

\_\_\_\_ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant  See Attached  Amount $ _____ Claims Register # _____

Claimant _____ Amount $ _____ Claims Register # _____

Claimant _____ Amount $ _____ Claims Register # _____

Claimant _____ Amount $ _____ Claims Register # _____

Thos A. D\_\_\_
Trustee Name

Don E. Matheis
Katherine M. Matheis
06-01256

Unclaimed Funds

|  | Claims | Interest |
|---|---|---|
| P/C 8 Chase Manhattan Bank | $3957.00 and | $ 965.68 |
| P/C 9 Citibank | 915.00 and | 223.30 |
| P/C 12 GE Money Bank | 2614.00 and | 637.93 |
| P/C 13 Harvard Collection Service | 9725.00 and | 2373.32 |
| P/C 14 Kemper Insurance | 117.00 and | 28.55 |
| P/C 18 Sherman Acquisition | 4999.00 and | 1219.97 |
| Total | $22,327.00 and | 5448.70 |
| Grand Total | $27,775.75 | |