```
                            United States Bankruptcy Court
                            Western District of New York
In re:                                                          Case No. 06-01255-CLB
Don E. Matheis                                                  Chapter 7
Katherine M. Matheis
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0209-1        User: leidolph          Page 1 of 1         Date Rcvd: Jun 04, 2014
                            Form ID: pdforder       Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2014.
```
db/jdb      Don E. Matheis,   Katherine M. Matheis,   419 Parkhurst,   Buffalo, NY  14223-2105
            +Brian J. Kilks, Esq.,   Dilks & Knopik, LLC,   Attorney for Resurgent Capital,
              35308 SE Center Street,   Snoqualmie, WA 98065-9216
            +Latoya McDowell Legal Services Coordinator,   55 Beattie Place Ste. 110,
              Greenville, SC 29601-5115
19541483    +Chase Manhattan Bank,   100 Duffy Ave., 4th Floor,   Hicksville, NY 11801-3636
19541486    +Citibank,   P.O. Box 6500,   Sioux Falls, SD 57117-6500
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19541508    +E-mail/Text: bkynotice@harvardcollect.com Jun 04 2014 18:25:03
              Harvard Collection Services, Inc.,   4839 N. Elston Ave.,   Chicago, IL 60630-2589
19541509    +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 04 2014 18:25:00    Kemper Insurance,
              c/o Credit Collection Services,   Two Wells Ave.,   Newton, MA 02459-3225
                                                                                        TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2014                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2014 at the address(es) listed below:
```
            Daniel E. Brick    on behalf of Joint Debtor Katherine M. Matheis brickelmer@aol.com
            Daniel E. Brick    on behalf of Debtor Don E. Matheis brickelmer@aol.com
            Joseph W. Allen, 11    USTPRegion02.bu.ecf@usdoj.gov, Joseph.W.Allen@usdoj.gov
            Thomas A. Dorey    on behalf of Trustee Thomas A. Dorey tdorey@stny.rr.com
            Thomas A. Dorey    tdorey@stny.rr.com, tdorey@ecf.epiqsystems.com
                                                                                        TOTAL: 5
```



UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

**In Re:**
MATHEIS, DON E.
MATHEIS, KATHERINE M.

Case No. 06-01255 CLB
Chapter 7

Debtor(s)

---

### ORDER

---

The Debtors, by their attorneys, Brick, Brick and Elmer, P.C., Sabrina M. May, Esq., of counsel having filed a motion to reconsider certain claims filed in this case and the matter having come on for a hearing on the 22nd day of May, 2014, at the United States Bankruptcy Court, Olympic Towers, 300 Pearl Street, Part II, Buffalo, New York; and the Debtors appeared by their attorneys, Brick, Brick and Elmer, P.C., and no one appearing in opposition thereto, it is hereby

**ORDERED** that:

A) Claim No. 8, filed on behalf of Chase Manhattan Bank on February 22, 2010, is disallowed.

B) Claim No. 9, filed on behalf of Citibank on February 22, 2010, is disallowed.

C) Claim No. 13, filed on behalf of Harvard Collection Services, Inc. on February 22, 2010, is disallowed.

D) Claim No. 14, filed on behalf of Kemper Insurance on February 22, 2010, disallowed.

E) Claim No. 18, filed on behalf of Sherman Acquisition on February 22, 2010, is disallowed.

Dated: May ~~~~, 2014       JUN - 3 2014

FILED
JUN - 3 2014
BANKRUPTCY COURT
BUFFALO, NY

Honorable Carl L. Bucki
United States Bankruptcy Judge