```
                          United States Bankruptcy Court
                           Western District of New York
```

In re:                                                          Case No. 06-01255-CLB
Don E. Matheis                                                  Chapter 7
Katherine M. Matheis
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0209-1            User: bibbs              Page 1 of 1           Date Rcvd: Aug 19, 2014
                                Form ID: dfyuncla        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2014.
db/jdb          Don E. Matheis,    Katherine M. Matheis,    419 Parkhurst,    Buffalo, NY  14223-2105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2014 at the address(es) listed below:
              Daniel E. Brick    on behalf of Joint Debtor Katherine M. Matheis brickelmer@aol.com
              Daniel E. Brick    on behalf of Debtor Don E. Matheis brickelmer@aol.com
              Joseph W. Allen, 11    USTPRegion02.bu.ecf@usdoj.gov,   Joseph.W.Allen@usdoj.gov
              Thomas A. Dorey    on behalf of Trustee Thomas A. Dorey tdorey@stny.rr.com
              Thomas A. Dorey    tdorey@stny.rr.com,   tdorey@ecf.epiqsystems.com
                                                                                       TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:  
    Don E. Matheis  
    Katherine M. Matheis  
              Debtor(s)

Case No.: 1−06−01255−CLB  
Chapter: 7  

SSN: xxx−xx−1231  
SSN: xxx−xx−1687  

Don E. Matheis and Katherine M. Matheis  
419 Parkhurst Blvd.,  
Buffalo, NY 14223  

    Enclosed is your application to request payment for unclaimed funds. It is being returned to you for the following reason(s):

- The following information was not provided in the affidavit:
  - Amount of Reimbursement, Statement that all information provided is done so Under Penalty of Perjury
  - Tax Identification Number or Social Security Number for the Creditor
- Form W−9 Request for Taxpayer Identification Number and Certification: Only one W/9 form is needed. District Court will on disburse to the parties with the address listed on the W/9 form.
- The amount of reimbursement, $4,940.68 for Chase Manhattan Bank is incorrect. Include the total amount of the request in your affidavit. The statement that the claimant is aware that he/she /business is "Under Penalty of Purjury" for facts set out in the affidavit is missing from the affidavit. The claimants social security numbers are missing from the affidavit. Only one W/9 form is needed and must be consistent with the ADDRESS for where you are requesting funds to be released as indicated in your affidavit on page [2]. Please re−submit an original notarized affidavit to the Court containing all corrections as noted.

    If you have any further questions, please call the Court at 716−362−3200.

Date: August 19, 2014  
                                                               Lisa Bertino Beaser  
                                                               Clerk of Court

Enclosures

Form dfyuncla/Doc 120  
www.nywb.uscourts.gov