# Notice Recipients

District/Off: 0209−1      User: bibbs      Date Created: 9/29/2014
Case: 1−06−01255−CLB      Form ID: pdfattch      Total: 9

**Recipients of Notice of Electronic Filing:**
tr      Thomas A. Dorey      tdorey@stny.rr.com
aty     Daniel E. Brick      brickelmer@aol.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Don E. Matheis     419 Parkhurst     Buffalo, NY 14223−2105
jdb     Katherine M. Matheis     419 Parkhurst     Buffalo, NY 14223−2105
19541483     Chase Manhattan Bank     100 Duffy Ave., 4th Floor     Hicksville, NY 11801
19541486     Citibank     P.O. Box 6500     Sioux Falls, SD 57117
19541508     Harvard Collection Services, Inc.     4839 N. Elston Ave.     Chicago, IL 60630−2534
19541509     Kemper Insurance     c/o Credit Collection Services     Two Wells Ave.     Newton, MA 02459
19541525     Sherman Acquisition     P.O. Box 740281     Houston, TX 77274

TOTAL: 7